IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40297
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DERRICK KRISTIAN GARRETT,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CR-58-3
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Appellant appeals the sentencing portion of his conviction
for possession with intent to distribute cocaine.  He argues that
the district court erred:  (1) in denying him a downward
adjustment for his minimal or minor role in the offense; (2) in
denying him a downward adjustment for his acceptance of
responsibility; and (3) in determining his criminal history score

_____

[*]      Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

and category.  We have reviewed the record and find no clear error in the district court's findings.  AFFIRMED.